AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| Walker Digital, LLC, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:10cv212 |
| Capital One Services, LLC, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Capital One Services, LLC, Capital One Bank (USA), N.A., and Capital One Financial Corporation.

Date: 03/12/2010

/s/ John P. Corrado
*Attorney's signature*

John P. Corrado, Bar No. 20247
*Printed name and bar number*

Morrison & Foerster LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
*Address*

jcorrado@mofo.com
*E-mail address*

(202) 887-1500
*Telephone number*

(202) 785-7522
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th Day of March, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, and that I will mail the document by U.S. mail to the following non-filing user::

**Alan P Block**
**Roderick G Dorman**
**Thomas B Watson**
Hennigan Bennett and Dorman
865 South Figueroa Street Suite 2900
Los Angeles, CA 90017
213-694-1200
Fax: 213-694-1234

                                                      /s/ John P. Corrado
                                                      John P. Corrado, Esq.
                                                      Virginia bar number 20247
                                                      Morrison & Foerster LLP
                                                      2000 Pennsylvania Avenue, NW
                                                      Washington, DC  20006
                                                      Phone:  202-887-1500
                                                      Fax: 202-785-7522
                                                      jcorrado@mofo.com

                                                      Attorney for Defendants,
                                                      Capital One Services, LLC,
                                                      Capital One Bank (USA), N.A., and
                                                      Capital One Financial Corporation