**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| Walker Digital, LLC, )<br>)<br>       Plaintiff, )<br>)<br>v. )<br>)<br>Capital One Services, LLC; )<br>Capital One Bank (USA), N.A.; and )<br>Capital One Financial Corporation )<br>)<br>       Defendant. ) | Civil Action No. 1:10-cv-00212-TSE-JFA |

**NOTICE OF APPEARANCE**

To the Clerk of Court and all parties of record:

Enter my appearance as counsel in this case for Plaintiff Walker Digital, LLC.

I certify that I am admitted to practice in this court.

Dated: March 19, 2010

                                               /s/
                                     Robert C. Mattson
                                     Virginia Bar No. 43568
                                     Oblon, Spivak, McClelland,
                                       Maier & Neustadt, L.L.P.
                                     1940 Duke Street
                                     Alexandria, Virginia 22314
                                     Tel: (703) 412-6466
                                     Fax: (703) 413-2220
                                     rmattson@oblon.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 19, 2010, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

John P. Corrado
Joshua A. Hartman
Morrison and Forester LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006-1888
Tel:  (202) 887-1500
Fax: (202) 887-0763
Email: jcorrado@mofo.com
Email: jhartman@mofo.com

And I hereby certify that I will mail the document by U.S. mail to the following non-filing users:

Charles S. Barquist
Ryan J. Malloy
Morrison and Forester LLP
555 West Fifth Street, Suite 3500
Los Angeles, CA 90013-1024
Tel: (213) 892-5200
Fax: (213) 892-5454
Email: cbarquist@mofo.com
Email: rmalloy@mofo.com

            /s/
         Robert C. Mattson
         Virginia Bar No. 43568
         Oblon, Spivak, McClelland,
          Maier & Neustadt, L.L.P.
         1940 Duke Street
         Alexandria, Virginia 22314
         Tel: (703) 412-6466
         Fax: (703) 413-2220
         Email: rmattson@oblon.com

         *Attorney for Plaintiff*
         *Walker Digital, LLC*