IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| Walker Digital, LLC <br> Plaintiff | ) ) ) | |
| v. | ) ) | Civil Action No.1:10CV212 |
| Capital One Services, LLC, <br> et al. <br> Defendant | ) ) ) ) | |

## JUDGMENT

Pursuant to the order of this Court entered on July 12, 2010, and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT of non-fringement is hereby entered in favor of the Defendants' Capital One Services, LLC, Capital One Bank (USA), N.A., and Capital One Financial Corporation and against the Plaintiff, Walker Digital, LLC.

FERNANDO GALINDO, CLERK OF COURT

By:_____

Deputy Clerk

Alexandria, Virginia
July 12, 2010