**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| WALKER DIGITAL, LLC ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:10cv0212 (JFA) |
| ) | |
| CAPITAL ONE SERVICES, LLC; ) | |
| CAPITAL ONE BANK (USA), N.A.; and ) | |
| CAPITAL ONE FINANCIAL ) | |
| CORPORATION ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION TO AMEND JUDGMENT**
**PURSUANT TO RULE 59(e) F.R.C.P**

Pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, Plaintiff Walker Digital, LLC, by and through its counsel, respectfully move this Court for an Order amending its judgment for the reasons set forth in the accompanying memorandum of points and authorities and exhibits filed herewith.

Respectfully submitted,

/s/
Robert Carter Mattson
(VSB No. 43568)
Lindsay Jane Kile
(VSB No. 78686)
OBLON, SPIVAK, MCCLELLAND,
  MAIER & NEUSTADT, LLP
1940 Duke Street
Alexandria, Virginia 22314
Tel: (703) 413-3000
Fax: (703) 413-2220
Email: rmattson@oblon.com
Email: lkile@oblon.com

- and -

Roderick G. Dorman, *Pro Hac Vice*
Thomas B. Watson, *Pro Hac Vice*
Alan P. Block, *Pro Hac Vice*
HENNIGAN, BENNETT &
DORMAN LLP
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017
Telephone:  (213) 694-1200
Facsimile:  (213) 694-1234

**ATTORNEYS FOR PLAINTIFF
AND COUNTERDEFENDANT
WALKER DIGITAL, LLC**

-3-

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 23, 2010, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

John P. Corrado
Joshua A. Hartman
Morrison and Forester LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006-1888
Tel: (202) 887-1500
Fax: (202) 887-0763
Email: jcorrado@mofo.com
Email: jhartman@mofo.com

And I hereby certify that I will deliver the document by electronic mail in accordance with the parties Joint Discovery Plan filed March 24, 2010, to the following non-filing users:

Charles S. Barquist
Ryan J. Malloy
Morrison and Forester LLP
555 West Fifth Street, Suite 3500
Los Angeles, CA 90013-1024
Tel: (213) 892-5200
Fax: (213) 892-5454
Email: cbarquist@mofo.com
Email: rmalloy@mofo.com

                                    /s/
                                Lindsay J. Kile
                                Virginia Bar No. 78686
                                Oblon, Spivak, McClelland,
                                 Maier & Neustadt, L.L.P.
                                1940 Duke Street
                                Alexandria, Virginia 22314
                                Tel:  (703) 413-3000
                                Fax:  (703) 413-2220
                                Email: lkile@oblon.com

                                **ATTORNEY FOR PLAINTIFF AND**
                                **COUNTERDEFENDANT**
                                **WALKER DIGITAL, LLC**