IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| WALKER DIGITAL, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:10cv0212 (JFA) |
| v. ) | |
| ) | |
| CAPITAL ONE SERVICES, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

At the request of counsel for the parties, the hearing on plaintiff's Motion to Alter Judgment (Docket no. 99), currently scheduled for 10:00 a.m. on August 6, 2010, is hereby continued to 3:00 p.m. on September 2, 2010. Defendants' opposition is due by 5:00 p.m. on August 16, 2010. Any reply is due by 5:00 p.m. on August 27, 2010.

Entered this 27th day of July, 2010.

/s/
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia